IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR L. FRANK, M.D., Ph.D., *Movant*, v. HONEYWELL INTERNATIONAL INC. *f/k/a* ALLIED SIGNAL, INC., *successor to* BENDIX CORP., *Respondent*, and FORD MOTOR COMPANY, *et al*., *Interested Parties*. | CIVIL ACTION NO. 15-mc-00172 |

## ORDER

**AND NOW**, this 12th day of August, 2015, upon consideration of Dr. Arthur L. Frank's Motion for Protective Order and/or to Quash the Subpoena (ECF No. 1), Respondent Honeywell International Inc.'s opposition (ECF No. 2), Honeywell's supplemental brief (ECF No. 4), Ford Motor Company's joinder thereto (ECF No. 7), Dr. Frank's reply (ECF No. 8), and the parties' positions at oral argument (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.